### Commonwealth *v.* Bordner, Appellant.

Submitted September 11, 1967. *Frank Bordner,* appellant, in propria persona; *Harold E. Sheely,* Assistant District Attorney, and *Richard C. Snelbaker,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

### Commonwealth *v.* Bruce, Appellant.

Submitted September 11, 1967. *Clem Bruce,* appellant, in propria persona; *Alan J. Davis,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.